ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Zafer Taahhut Insaat ve Ticaret A.S. | ) | ASBCA No. 60929 |
| | ) | |
| Under Contract No. N62470-13-C-3016 | ) | |

APPEARANCE FOR THE APPELLANT:          Sam Zalman Gdanski, Esq.
                                        Gdanski & Gdanski, LLP
                                        Teaneck, NJ

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
                                      Navy Chief Trial Attorney
                                      Robyn L. Hamady, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 27 February 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60929, Appeal of Zafer Taahhut Insaat ve Ticaret A.S., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals